# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11103

_____

MARCUS RAPER,

                                                              Plaintiff-Appellant,

*versus*

COMMISSIONER OF SOCIAL SECURITY,

                                                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:20-cv-00597-PRL

_____

2　　　　　　　　　　　Order of the Court　　　　　　　　　　　22-11103

ORDER:

    A judge of this Court withholds issuance of the mandate in this appeal.

    DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION