# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11103

_____

MARCUS RAPER,

                                                Plaintiff-Appellant,

*versus*

COMMISSIONER OF SOCIAL SECURITY,

                                                Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:20-cv-00597-PRL

_____

2                              Order of the Court                         22-11103

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION